No. 239. DENVER & RIO GRANDE RAILROAD COMPANY v. ORESTA DA VELLA, ROYAL ITALIAN CONSUL, AS ADMINISTRATOR, ETC. Error to the Supreme Court of the State of Colorado. Submitted March 14, 1919. Decided March 17, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Elroy N. Clark* and *Mr. Wm. C. Prentiss* for plaintiff in error. *Mr. W. F. Sanborn* for defendant in error.

———

No. 225. MRS. M. E. SIMS ET AL. v. W. H. STARK ET AL. Error to the District Court of the United States for the Eastern District of Texas. Argued March 13, 1919. Decided March 17, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Aspen Mining & Smelting Co.* v. *Billings,* 150 U. S. 31, 37; *Brown* v. *Alton Water Co.,* 222 U. S. 325, 332–334. See *Red Jacket, Jr., Coal Co.* v. *United Thacker Coal Co.,* Point 3, 248 U. S. 531; *Omaha Baum Iron Store Co.* v. *Moline Plow Co.,* 244 U. S. 650. *Mr. George P. Dougherty,* with whom *Mr. E. E. Townes* and *Mr. Frederick S. Tyler* were on the brief, for plaintiffs in error. No appearance for defendants in error.

———

No. ——, Original. *Ex parte:* IN THE MATTER OF WILFRED TOMPKINS, PETITIONER. Submitted March 10, 1919. Decided March 17, 1919. Motion for leave to file petition for a writ of *habeas corpus* herein denied. *Mr. Frans E. Lindquist* for petitioner.

———

No. 265. CRESCENT MILLING COMPANY v. H. N. STRAIT MANUFACTURING COMPANY ET AL. Appeal from